IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-02-CR-0396-M(07) |
| | § | NO. 3-06-CV-0095-M |
| ADRIANA TERESA SANCHEZ GUTIERREZ | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE

On January 18, 2006, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 9 day of February, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE